Nicolas Daluiso (Bar No. 163553)
IMMIX LAW GROUP PC
600 NW Naito Parkway, Suite G
Portland, OR 97209
Telephone: 503-802-5533
nicolas.daluiso@immixlaw.com

*Attorneys for Petitioner*
*AdHoc Studio, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO YOUTUBE, LLC | Misc. No.: 3:25-mc-80340<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Petitioner AdHoc Studio, Inc. ("AdHoc"), through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to YouTube, LLC ("YouTube") to identify alleged infringer(s) of its copyrighted works.

AdHoc has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) AdHoc has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A) and § 512(h)(2)(A) as set forth in the Declaration of Nicholas Herman, filed concurrently herewith;

(2) AdHoc has attached hereto a proposed DMCA subpoena; and

(3) AdHoc has submitted a sworn declaration confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringer(s), and that such information will only be used for the purpose of protecting AdHoc's rights under U.S. Code Title 17.

Having complied with all statutory requirements, AdHoc respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATED: October 29, 2025                IMMIX LAW GROUP PC

                                       s/ _____

                                       Nicolas Daluiso
                                       600 NW Naito Parkway, Suite G
                                       Portland, OR 97209
                                       Phone: (503) 802-5533
                                       Fax: (503) 802-5351
                                       E-Mail: nicolas.daluiso@immixlaw.com

                                       *Attorneys for Petitioner AdHoc Studio, Inc.*