Nicolas Daluiso (Bar No. 163553)
IMMIX LAW GROUP PC
600 NW Naito Parkway, Suite G
Portland, OR 97209
Telephone: 503-802-5533
nicolas.daluiso@immixlaw.com

*Attorneys for Petitioner*
*AdHoc Studio, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO YOUTUBE, LLC | Misc. No.: 3:25-mc-80340 |
|---|---|
| | **DECLARATION OF NICHOLAS HERMAN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Nicholas Herman, the undersigned, declare that:

1. I am the Chief Operating Officer at AdHoc Studio, Inc. ("AdHoc"). As part of my duties, I am responsible for monitoring and addressing infringement of copyright rights owned by AdHoc and its affiliates.

2. I submit this declaration in support of AdHoc's request for issuance to YouTube, LLC ("YouTube") of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer (or infringers) using the handle @DispatchLeaks, who posted leaked copyrighted content from the game *Dispatch*, without authorization. I am authorized to act on AdHoc's behalf in this matter. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3. On October 23, 2025, I submitted on behalf of AdHoc notifications, via a webform provided by YouTube, identifying the infringing content on YouTube's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Among other things, I submitted the following information:

- **Contact information and signature:** I provided my contact information and electronic signature as an authorized agent of AdHoc.

- **Copyrighted work:** I identified the infringed copyrighted work as videos from unreleased episodes of the video game *Dispatch*. (https://www.adhocla.com/)

- **Infringing content:** I identified the infringing content as YouTube videos located at:

    - https://www.youtube.com/watch?v=4nNTij-zp2Q
    - https://www.youtube.com/watch?v=f6Kbjd--4Fw
    - https://www.youtube.com/watch?v=rioOUiyGH2Y
    - https://www.youtube.com/watch?v=s3nDjOpPcxg

- **Good-faith belief:** As stated in YouTube's webform, I confirmed, via my signature, that I had a good-faith belief that the use of the copyrighted material in the manner complained of was not authorized by AdHoc, its agents, or the law; and swore, under penalty of perjury,

that I was authorized to act on AdHoc's behalf and that the information he had provided was accurate.

4. Attached hereto as **Exhibits 1–4** are true and correct copies of confirmation emails from YouTube's Support team, which reflect the information that I provided to YouTube.

5. The purpose for which this subpoena is sought is to obtain the identities of the alleged infringer(s) who have exploited AdHoc's exclusive rights in its copyrighted works, without AdHoc's authorization. This information will only be used for the purposes of protecting AdHoc's rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Long Beach, California, on October 29, 2025.

_____
Nicholas Herman